In the Matter of the Application of ISABEL M. GOUGH, as the Committee of the Person and Estate of GEORGE H. JONES, an Incompetent, Respondent, for Leave to Transfer a Bank Account.    BROOKLYN SAVINGS BANK, Appellant.— Order directing Brooklyn Savings Bank to pay over moneys to the committee reversed upon the law, without costs, and motion denied, without costs, upon the ground that the court has no authority to make such an order in a summary proceeding. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

In the Matter of the Application of RAYMOND S. JEWETT and Others, Constituting the Board of Education of the City of Mount Vernon, and Another, Respondents, for a Peremptory Order of Mandamus Directed to MILO J. WHITE, as Corporation Counsel, etc., Appellant.— Peremptory mandamus order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of KRAM CONSTRUCTION Co., INC., Appellant, for a Peremptory Mandamus Order against ALBERT E. KLEINERT, as Superintendent of Bureau of Buildings, Borough of Brooklyn, etc., Respondent.— Order modified so as to grant an alternative mandamus order, and as so modified affirmed, without costs. Whether the superintendent of buildings was authorized to revoke the permit may be determined only after a decision of the disputed question as to whether or not a material false statement or representation was made at the time the permit was originally issued. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

In the Matter of the Petition of MARIE L. SPILLER, Respondent, for a Decree Revoking Letters of Administration upon the Estate of ELMER SPILLER, Late of the County of Queens, Deceased, Heretofore Issued to ANNA A. MULRY under the Name of ANNA A. SPILLER, Appellant.— Decree of the Surrogate's Court of Queens county unanimously affirmed, without costs. No opinion. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE MORTON LEVY, PETER D. KIERNAN and LEO FISHEL, as Executors, etc., of CATHERINE DELACY WALTER, Deceased.— Decree of the Surrogate's Court of Nassau county, in so far as appealed from, unanimously affirmed, with costs to the executors payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

CLIFFORD L. JACKSON and Others, Respondents, v. JOHN H. NUGENT and Another, Respondents. FANNIE LANDY, Defendant, and BEN REALTY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

HARRY KAPLAN, Appellant, v. HARRY STAR and ABRAHAM BERSHAD, etc., Respondents.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, upon the ground that plaintiff made out a prima facie case. Young, Rich, Kapper, Hagarty and Carswell, JJ., concur.